**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DESIREE MILLER,

  Plaintiff,                                     CASE NO.: 8:16-CV-2634-T-27TBM

-vs-

CITIMORTGAGE, INC.,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, DESIREE MILLER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DESIREE MILLER, and Defendants, CITIMORTGAGE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: April 5, 2017

                                            ***/s/ Shaughn C. Hill***
                                            Shaughn C. Hill, Esquire
                                            Florida Bar No.: 105998
                                            MORGAN & MORGAN, TAMPA, P.A.
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tel: (813) 223-5505
                                            Fax: (813) 222-2452
                                            SHill@forthepeople.com
                                            *Attorney for Plaintiff, Desiree Miller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5TH day of April, 2017, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

**Louis M. Ursini, III, Esquire**
Florida Bar No.: 0355940
ADAMS AND REESE LLP
101 East Kennedy Blvd, Suite 4000
Tampa, Florida 33602
Tel: (813) 402-2880
Fax: (813) 402-2887
louis.ursini@arlaw.com
*Counsel for Defendant Citimortgage, Inc*

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Florida Bar No.: 105998