UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESIREE MILLER,

    **Plaintiff,**

v.                                                                                            Case No: 8:16-CV-2634-T-27TBM

CITIMORTGAGE, INC.,

    **Defendant.**

_____/

## ORDER

    The Court has been advised that this case has been settled (Dkt. 15). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 5th day of April, 2017.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record